LAWRENCE G. BROWN
Acting United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00054-OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING AND |
| JESUS GUZMAN MARTINEZ, ) | ORDER THEREON |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **June 15, 2009** may be continued to **July 20, 2009 at 9:00 a.m.**

This request is being made as the parties need additional time to prepare for the sentencing hearing and conduct the necessary interviews.

Dated: June 8, 2009                                    LAWRENCE G. BROWN
                                                       Acting United States Attorney

                                                       By: /s/ Laurel J. Montoya
                                                       LAUREL J. MONTOYA
                                                       Assistant U.S. Attorney

//

//

1

| | |
|---|---|
| Dated: June 8, 2009 | /s/ Dominic Falasco<br>DOMINIC FALASCO<br>Attorney for the Defendant |

<u>ORDER CONTINUING HEARING DATE</u>

IT IS SO ORDERED.

**Dated:   June 8, 2009**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE